# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | **CRIMINAL NO. 25- 277** |
| **v.** | **:** | |
| **THE SCHOOL DISTRICT OF PHILADELPHIA** | **:** | |

### SCHOOL DISTRICT OF PHILADELPHIA'S STATUS REPORT

By and through undersigned counsel, the School District of Philadelphia submits the attached First Semi-Annual Report under the terms of the Deferred Prosecution Agreement entered in this matter. (Dkt. 2)


 /s/ Katherine Barajas
Katherine Barajas, Esquire
Hogan Lovells US LLP
600 Brickell Avenue
Suite 2700
Miami, FL 33131

Anne Carpenter, Esquire
Nadira Clarke, Esquire
Hogan Lovells US LLP
555 13th Street, N.W.
Washington, D.C. 20004-1109

## <u>CERTIFICATE OF SERVICE</u>

This School District of Philadelphia's Status Report and accompanying attachment was filed electronically on the Court's ECF System and is available for viewing and downloading. Through the ECF system it was served on all parties to this case, and a courtesy copy was provided via electronic mail to the attorney for the United States.

_/s/ Katherine Barajas_____
Katherine Barajas, Esquire