**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | **CRIMINAL NO. 25-277** |
| **v.** | **:** | |
| **THE SCHOOL DISTRICT OF PHILADELPHIA** | **:** | |

**SCHOOL DISTRICT OF PHILADELPHIA'S STATUS REPORT**

By and through undersigned counsel, the School District of Philadelphia submits the attached Second Semi-Annual Report under the terms of the Deferred Prosecution Agreement entered in this matter. (Dkt. 2)

/s/ Anne M. Carpenter
Anne M. Carpenter, Esquire
Nadira Clarke, Esquire
Hogan Lovells Cadwalader US LLP
555 13th Street, N.W.
Washington, D.C. 20004-1109

Katherine V. Barajas, Esquire
Hogan Lovells Cadwalader US LLP
600 Brickell Avenue
Suite 2700
Miami, FL 33131

**CERTIFICATE OF SERVICE**

This School District of Philadelphia's Status Report and accompanying attachment was filed electronically on the Court's ECF System and is available for viewing and downloading. Through the ECF system it was served on all parties to this case, and a courtesy copy was provided via electronic mail to the attorney for the United States.

/s/ Anne M. Carpenter
Anne M. Carpenter, Esquire